(No. 6785

STANDARD OIL DIVISION OF AMERICAN OIL COMPANY, Claimant, *vs*. STATE OF ILLINOIS, DEPARTMENT OF CONSERVATION, Respondent.

*Opinion filed September 7, 1972.*

STANDARD OIL DIVISION OF AMERICAN OIL COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.